■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGG STEVENS, Appellant. [654 NYS2d 669] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 7, 1995 (People v Stevens, 218 AD2d 678), affirming a judgment of the Supreme Court, Queens County, rendered March 2, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Copertino, Pizzuto and Krausman, JJ., concur.